FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ MAR 13 2019 ★
BROOKLYN OFFICE

United States District Court
Eastern District of New York

1:19-cv-01248

| | |
|---|---|
| Walter Faison individually and on behalf of all others similarly situated | |
| Plaintiff | |
| - against - | Notice of Voluntary Dismissal with Prejudice |
| L & K Coffee Co., L.L.C. | |
| Defendant | |

Plaintiff gives notice this action is voluntarily dismissed with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:   March 8, 2019

Respectfully submitted,

Sheehan & Associates, P.C.

/s/Spencer Sheehan
Spencer Sheehan
EDNY Bar Number SS-8533
505 Northern Blvd., Ste. 311
Great Neck, NY 11021
Tel: (516) 303-0552
Fax: (516) 234-7800
spencer@spencersheehan.com

The application is granted.
SO ORDERED
s/WFK
William F. Kuntz, II, U.S.D.J.
Dated: March 11, 2019
Brooklyn, New York

1:19-cv-01248
United States District Court
Eastern District of New York

Walter Faison individually and on behalf of all others similarly situated

Plaintiff

- against -

L & K Coffee Co., L.L.C.

Defendant

## Notice of Voluntary Dismissal with Prejudice

Sheehan & Associates, P.C.
505 Northern Blvd., Ste. 311
Great Neck, NY 11021
Tel: (516) 303-0552
Fax: (516) 234-7800
spencer@spencersheehan.com

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated: March 8, 2019

/s/ Spencer Sheehan
Spencer Sheehan